# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MELISSA LETELLIER and<br>GREG RAY,<br><br>           Plaintiffs,<br><br>v.<br><br>HOME SAFETY SOLUTIONS, AIRTITE<br>YOUR HOME.COM, SYNCHRONY BANK<br>and THE BRAND BANKING COMPANY,<br>dba GREENSKY, LLC,<br><br>           Defendants. | Civil Action No.: 2:17-cv-00179-JDL |

## NOTICE OF SETTLEMENT AND
## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiffs Melissa Letellier and Greg Ray ("Plaintiffs"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and hereby file this *Notice of Settlement and Stipulation for Dismissal with Prejudice*. Pursuant to Plaintiffs' settlement with Defendants Home Safety Solutions, Airtite Your Home.com, Synchrony Bank and the Brand Banking Company, d/b/a Greensky, LLC, (collectively, "Defendants"), Plaintiffs state as follows:

1. A confidential settlement has been reach between Plaintiffs and all of the Defendants in the above-styled case.

2. Plaintiffs' claims against all of the Defendants are being dismissed with prejudice.

3. The parties shall bear their own attorney's fees and costs.

Dated:  July 25, 2017                              Respectfully submitted,

*/s/ Kaitlyn M. Husar*
Kaitlyn M. Husar
Jeremy R. Fischer
DRUMMOND WOODSUM
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
Telephone: (207) 772-1941
E-mail: khusar@dwmlaw.com
           jfischer@dwmlaw.com

*Attorneys for Defendant Synchrony Bank*

Dated:  July 25, 2017                              Respectfully submitted,

*/s/ Robert Nadeau*
Robert Nadeau
Nadeau Legal PLLC
311 Alfred Street
Biddeford, ME 04005-3127
FAX:  (207) 494-8090
Telephone: (207) 494-8086
E-mail: rob@nadeaulegal.com

*Attorney for Plaintiffs Melissa Letellier and Greg Ray*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2017, I filed a copy of the foregoing **Notice of Settlement and Joint Stipulation of Dismissal** with the Clerk of the Court using CM/ECF system, which will send notification to all counsel of record.

/s/ *Kaitlyn M. Husar*

DRUMMOND WOODSUM
84 Marginal Way, Suite 600
Portland, ME 04101
(207) 772-1941
khusar@dwmlaw.com